NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUNIPER NETWORKS, INC.**
*Plaintiff-Appellee,*

**v.**

**GRAPHON CORPORATION and VERTICAL MARKETING, INC.,**
*Defendants-Appellants.*

---

2010-1143

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 09-CV-0287, Judge Gerald Bruce Lee.

---

**JUDGMENT**

---

RICHARD L. RAINEY, Covington & Burling LLP, of Washington, DC, argued for plaintiff-appellee. With him on the brief were BRIAN G. BIELUCH; and JEFFREY M. DAVIDSON, of San Francisco, California.

MICHAEL D. ROUNDS, Watson Rounds, Reno, Nevada, agued for defendant-appellant. With him on the brief was ADAM K. YOWELL. Of counsel on the brief were JOSEPH M. VANEK and JEFFREY R. MORAN, Vanek, Vickers & Masini, P.C., of Chicago, Illinois.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, MAYER, and Moore, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 14, 2010          /s/ Jan Horbaly
Date                               Jan Horbaly
                                        Clerk